THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> KUEHNE + NAGEL INC., a New York corporation, <br><br> Defendant. | NO. 2:23-cv-00147-JCC <br><br> [~~PROPOSED~~] ORDER GRANTING JOINT MOTION TO CONTINUE COURT DATES |

THIS MATTER having come on to be heard on the parties' joint motion of Plaintiff and Defendant, Plaintiff appearing through its attorneys, Russell J. Reid and Thomas A. Leahy of Reid, Ballew, Leahy & Holland, L.L.P., and Defendant appearing through its attorney, Trinh Tran of Fox Rothschild LLP, stating that the parties are in settlement discussions and hope to have this matter resolved before the requested 60-day extension, now, therefore;

IT IS HEREBY ORDERED that the parties Joint Motion to Continue Court Dates has been granted as follows:

|  |  |
|---|---|
| 39.1 mediation to be completed by | February 2, 2024 |
| Dispositive Motions due by | February 16, 2024 |
| Motions in Limine due by | May 7, 2024 |
| Pretrial Order due by | May 7, 2024 |
| Trial Briefs to be submitted by | May 13, 2024 |

DATED this 13th day of December 2023.

_/s/ John C. Coughenour_
John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented for Entry by:

REID, McCARTHY, BALLEW & LEAHY, L.L.P.

By:  _/s/ Russell J. Reid_
Russell J. Reid, WSBA #2560
Thomas A. Leahy, WSBA #26365
100 West Harrison Street, N. Tower, #300
Seattle WA 98119
Telephone: (206) 285-0464
Fax: (206) 285-8925
Email: rjr@rmbllaw.com
Email: tom@rmbllaw.com

Attorneys for Plaintiff