THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., | CASE NO. C23-0147-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| KUEHNE & NAGEL INC, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint motion to continue court dates (Dkt. No. 24). Having thoroughly considered the motion, the Court hereby GRANTS the motion and ORDERS the trial date and pretrial deadlines to be continued as follows:

| CASE EVENT | NEW DATE |
|---|---|
| 39.1 mediation due by | April 2, 2024 |
| Dispositive motions due by | April 16, 2024 |
| Motions *in limine* due by | July 8, 2024 |
| Pretrial order due by | July 8, 2024 |

MINUTE ORDER
C23-0147-JCC
PAGE - 1

| Trial briefs submitted by | July 11, 2024 |
|---|---|
| Trial date | July 15, 2024 |

DATED this 16th day of February 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk
